IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

QUINTON SUTHERLAND           PLAINTIFF

v.        Case No. 5:08-CV-5257

KITCHEN AND BATH CABINETS, INC.
and BOB DYKES           DEFENDANTS

## CONSENT JUDGMENT

Now on this day comes the above matter, the Plaintiff appearing by and through his attorney, J. Slocum Pickell, and the Defendants appearing by and through their attorney, Colin M. Johnson and the law firm of Davis, Clark, Butt, Carithers & Taylor, PLC, and from all the matters before the Court, the Court finds and orders:

1. That Defendants, KITCHEN AND BATH CABINETS, INC. and BOB DYKES, consent to judgment against them in favor of Plaintiff in the amount of $12,514.30, inclusive of all costs and attorney fees. Said judgment shall accrue interest at the legal rate until paid.

IT IS, THEREFORE, CONSIDERED, ORDERED, AND ADJUDGED that Plaintiff, Quinton Sutherland, have of and recover from Defendants, Kitchen and Bath Cabinets, Inc. and Bob Dykes, the sum of $12,514.30, for all of which execution shall issue.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this __5__ day of __March__, 2009.

APPROVED BY:

_____
J. SLOCUM PICKELL, COUNSEL FOR PLAINTIFF

_____
COLIN M. JOHNSON, COUNSEL FOR DEFENDANTS

Prepared by:

J. SLOCUM PICKELL
ATTORNEY AT LAW
300 S. SPRING ST., STE. 520
LITTLE ROCK, AR 72201
501-244-0224